IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| Plaintiff, | ) CIVIL NO. 2:09CV00417 |
| | ) |
| v. | ) JUDGE MARBLEY |
| | ) |
| | ) MAGISTRATE JUDGE KING |
| **PATRICIA A. COOK, et al.,** | ) |
| Defendants. | ) |

## DECREE IN FORECLOSURE

This cause came on to be considered upon the complaint and amendment to complaint duly filed by the plaintiff, UNITED STATES OF AMERICA; the answer of defendant Treasurer of Franklin County, Ohio; the entry of default (as provided by Rule 55, Federal Rules of Civil Procedure, for having failed to plead or otherwise defend as provided in said Rule) filed by the Clerk of this Court for and on behalf of the defendants, Patricia A. Cook, Francis Cook, Sheila Camerzell, James Oliver, Vanessa Jenkins, Fred Jenkins, Tonya Oliver, Lewis H. Oliver, Unknown Spouse, Heirs, Devisees, Legatees, Executors, Administrators, and Assigns, if any, of Doris L. Oliver, Deceased, Unknown Spouse, Heirs, Devisees, Legatees, Executors, Administrators, and Assigns, if any, of William A. Oliver, Deceased, Unknown Spouse, Heirs, Devisees, Legatees, Executors, Administrators, and Assigns, if any, of James Oliver, and Unknown Spouse, Heirs, Devisees, Legatees, Executors, Administrators, and Assigns, if any, of Douglas Oliver, Deceased; and upon the evidence.

The Court finds that it has jurisdiction of the subject matter of this action and the defendants relating thereto.

1

The Court further finds that there is due to plaintiff on the mortgage indebtedness of Doris L. Oliver, Deceased on the note set out in the complaint the principal amount of $43,979.46 (including tax and insurance advances, and service fees) and interest of $34,431.92, totaling $78,411.38, together with interest thereon at the rate of $10.85 per day from March 31, 2009, on the principal amount to the date of sale, interest thereafter at the legal rate, and any authorized expenses incurred by the plaintiff chargeable to the mortgage account of said decedent under the terms of said note, or as otherwise provided by law.

The Court further finds that in the event of a court-ordered sale of the real estate, from the proceeds of the sale, first priority would be given to the Treasurer of Franklin County, Ohio for real estate taxes due and owing. Other defendants/lienholders would be paid in the order of their priority as determined by the Court.

IT IS THEREFORE, ORDERED:

1. That the terms of the mortgage contract of Doris L. Oliver, Deceased have been breached.

2. That unless the principal amount of $43,979.46 (including tax and insurance advances, and service fees), and interest of $34,431.92, totaling $78,411.38, together with interest thereon at the rate of $10.85 per day from March 31, 2009, on the principal amount to the date of sale, and any authorized expenses incurred by the plaintiff chargeable to the mortgage account of said decedent are paid within ten days from the entry of this decree, the equity of redemption and right of redemption of any and all persons claiming through Doris L. Oliver, Deceased shall be foreclosed and the real property described in the complaint shall be sold free and clear of all liens, rights, or interest of the parties to this action, and that immediately after

said ten day period, an Order for Sale shall issue to the United States Marshal for the Southern District of Ohio directing him to advertise and sell said real property according to law and the orders of this Court.

3. That the liens and rights of all parties shall attach to the proceeds of sale in order of their priority, the settlement of claims and priorities being reserved pending further order of this Court.

ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE

APPROVED:

CARTER M. STEWART
United States Attorney


s/Bethany J. Hamilton
BETHANY J. HAMILTON (0075139)
Assistant United States Attorney
Attorney for Plaintiff
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Telephone: (614) 469-5715
Facsimile: (614) 469-5240
E-mail: bethany.hamilton@usdoj.gov


s/Adria L. Fields (per e-mail authorization of 12/29/09)
Assistant Prosecuting Attorney
Attorney for Defendant
Treasurer of Franklin County, Ohio
373 South High Street, 17th Floor
Columbus, Ohio 43215
Telephone: (614) 462-3500
E-mail: alfields@franklincountyohio.gov