IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

PATRICIA A. COOK, et al.,

    Defendants.

:    CIVIL NO. 2:09CV00417
:    JUDGE MARBLEY
:    MAGISTRATE JUDGE KING

## ORDER FOR SALE

TO THE UNITED STATES MARSHAL FOR THE SOUTHERN DISTRICT OF OHIO:

WHEREAS, plaintiff, United States of America has obtained a Decree in Foreclosure on a certain Department of Housing and Urban Development promissory note set out in plaintiff's complaint in the principal amount of $43,979.46 (including tax and insurance advances, and service fees), and interest of $34,431.92, totaling $78,411.38, together with interest thereon at the rate of $10.85 per day from March 31, 2009, on the principal amount to the date of sale and any authorized expenses incurred by the plaintiff chargeable to the mortgage account of Doris L. Oliver, Deceased;

THEREFORE, YOU ARE COMMANDED to cause to be advertised and to sell, according to law and the said Decree in Foreclosure, the following described real property:

    Situated in the State of Ohio, County of Franklin and in the City of
    Whitehall and bounded and described as follows, to wit:

    Being Lot Number Two Hundred Ninety-two (292) of GLENCOE
    ADDITION, as the said lot is numbered and delineated upon the recorded
    plat thereof, of record in Plat Book 16, Page 46, Recorder's Office,
    Franklin County, Ohio.

    PARCEL NO.: 090-004088-00

    SUBJECT TO ALL CONDITIONS, COVENANTS, RESERVATIONS,
    RESTRICTIONS, AND EASEMENTS OF RECORD.

    PROPERTY ADDRESS:    660 Erickson Avenue
                                      Columbus, Ohio 43213

Notice shall be published once a week for at least four (4) weeks prior to the sale in at least one (1) newspaper regularly issued and of general circulation in Franklin County, Ohio. Said Notice of Sale shall describe the property to be sold and contain the terms and conditions of sale.

ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

CARTER M. STEWART
UNITED STATES ATTORNEY


s/Bethany J. Hamilton
BETHANY J. HAMILTON (0075139)
Assistant United States Attorney
303 Marconi Boulevard, Suite 200
Columbus, Ohio 43215
Telephone: (614) 469-5715
Facsimile: (614) 469-5240
E-mail: bethany.hamilton@usdoj.gov